IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| | § | CASE NO. 11-70757 |
| CESARIO MONTALVO | § | |
| GLORIA ANN MONTALVO d/b/a | § | |
| PASEO DE ANGELITOS ADULT DAHS | § | |
| Debtors | § | CHAPTER 13 |

## BRIEF DESCRIPTION OF ASSETS OWNED BY DEBTORS

Debtors' assets consist of a two real properties with an aggregate value of approximately $740,000.00, three (3) vehicles for personal use with a value of approximately $17,000.00, a checking and savings account with a balance of approximately $4,700.00, an IRA/Retirement account with a value of approximately $230,000.00, farm equipment, other personal property items with a value of $69,000.00, household furnishings with a value of approximately $10,000.00, and 20 ranch/farm animals valued at approximately $15,000.00.  In addition, Debtor, Gloria Ann Montalvo, is the named owner of Paseo de Angelitos Adult DAHS, with a value of approximately of $400,000.00.

## DECLARATION

We, Cesario Montalvo and Gloria Ann Montalvo, named as the debtors in this case, declare under penalty of perjury that we have read the foregoing Brief Description of Assets Owned by Debtors, consisting of one sheet, including this Declaration, and that it is true and correct to the best of our information and belief.


11/16/11                                    /s/Cesario Montalvo__
Date                                          Cesario Montalvo

11/16/11                                    /s/Gloria Montalvo___
Date                                          Gloria Ann Montalvo