UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: | CASE NO:   11-70757-M-13 |
| CESARIO & GLORIA A MONTALVO | SSN:   XXX-XX-7782 |
| | SSN:   XXX-XX-1802 |
| Debtors | FILING DATE:   Wed, Nov 16, 2011 |

**NOTICE OF CONFIRMATION HEARING
SUMMARY OF CHAPTER 13 PLAN
NOTICE AND MOTION FOR VALUATION OF SECURITY, SETTING OF INTEREST AND
LIEN AVOIDANCE**

A hearing on Confirmation of the Chapter 13 Plan of the Debtors will be held on February 16, 2012 at 9:00 am at:

US Federal Courthouse, 1701 W. Business Highway 83, Bentsen Tower, 8th floor, McAllen, TX  78501

If the Court confirms the plan, its terms and conditions will legally bind all parties. If you object to confirmation, you must file a written objection with the Bankruptcy Clerk at least seven (7) days before the confirmation hearing, serve a copy of your objection on the Trustee and the attorney for the Debtors and appear at the confirmation hearing to present your objection to the Court.

**Motion is hereby made and notice is hereby given that valuation of collateral will be fixed, the interest rate will be set, and liens may be avoided for purposes of §506 and §1325(a) of the U.S. Bankruptcy Code unless an objection to valuation, interest rate or lien avoidance is filed and the party making such objection appears at the confirmation hearing and presents same to the Court.**

PAGE 1

#219

CASE NO:   11-70757-M-13    CESARIO & GLORIA A MONTALVO

A detailed copy of the plan may be obtained from the clerk of the Court. The following is a summary of the proposed treatment of claims in the plan.

| Claim No. | Classification | Code | Creditor Name | Scheduled Amount | Int Rate | Scheduled Value* | Claim Amount |
|---|---|---|---|---|---|---|---|
| 0 | DEBTOR REFUND | | CESARIO MONTALVO | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | ATTORNEY FEES | | ANTONIO VILLEDA | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | POSTCONF ATTY FEE | | ANTONIO VILLEDA | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | NOTICE ONLY CREDI | | JONES GALLIGAN KEY & LOZ | 0.00 | 0.00 | 0.00 | 0.00 |

CODES

O = PAID OUTSIDE            * COLLATERAL VALUE IF DEBTOR PROPOSES TO PAY
S = PROPERTY SURRENDERED        LESS THAN SCHEDULED AMOUNT AS SECURED.

Assuming all payments are timely made by the Debtors, the estimated dividend to unsecured creditors will be 0.00% of the amount of the filed and allowed claims.

DATED:  Mon, Dec 5, 2011                /s/   CINDY BOUDLOCHE

CINDY BOUDLOCHE
CHAPTER 13 TRUSTEE
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

## CERTIFICATE OF SERVICE

 I Certify that on or about Mon, Dec 5, 2011, a copy of the foregoing Notice of Confirmation Hearing was delivered to BNC to be served electronically or by United States Mail to the Debtors, Debtors' Counsel and all parties listed on the Court's mailing matrix.

 /s/ CINDY BOUDLOCHE
 CINDY BOUDLOCHE, TRUSTEE

PAGE 1

#219