Knapp Medical Center
1401 E 8TH Street
Weslaco, Texas 78596

| Employee Data | | Pay Period Data | | | |
|---|---|---|---|---|---|
| Employee ID: | ▮▮▮▮ | Check Number: | | Pay Date: | 09/13/2011 |
| Employee Name: | MONTALVO, GLORIA A | Check Amount: | 0.00 | Net Pay: | $2,347.79 |
| Period End Date: | 09/07/2011 | Voucher Number: | 313032 | | |
| Y-T-D Wages: | $93,444.95   Y-T-D Hours: 1,520.00 | Voucher Amt: | 2,347.79 | | |

| Pay Type | Shift | Position | Rate | Week 1 | Week 2 | Earnings |
|---|---|---|---|---|---|---|
| REGULAR | Regular - Shift 1 | 5010-3250 | 50.090 | 40.00 | 32.00 | 3,606.48 |
| HOLIDAY | Regular - Shift 1 | 5010-3250 | 50.090 | | 8.00 | 400.72 |
| | | Total | | 40.00 | 40.00 | 4,007.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 403b LOAN REPAYMENT | 290.11 | 5,512.09 |
| ACCIDENTAL INS CAF - ACC | 0.00 | 0.00 |
| AIG VOL CRITICAL ILL | 0.00 | 0.00 |
| BOSTON MUTUAL SUPP WHOLE LIF - BOS | 0.00 | 0.00 |
| GRP HLTH EMP+FAM CAF GR7 | 165.00 | 2,805.00 |
| METLIFE DH EE+ FAMILY DE4 | 31.42 | 534.14 |
| SUPERIOR VISION EE+FAM CAF - EY2 | 8.52 | 144.84 |
| TAX SHELTER 401A EMPLOYER - TS1E (E) | 200.36 | 4,672.25 |
| TAX SHELTER 403B - TS1 | 240.43 | 5,353.44 |
| UNUM CRITICAL ILL INS - CII | 18.80 | 319.60 |
| UNUM SHORT TERM DIS - STD | 0.00 | 0.00 |

| Taxes | Withheld | YTD |
|---|---|---|
| Federal Tax | 689.35 | 17,351.28 |
| Imputed Income | 16.98 | 339.60 |
| Medicare | 55.38 | 1,309.36 |
| OASDI | 160.40 | 3,792.62 |
| SUI (E) | 0.00 | 59.40 |

| Benefits | Accrued | Taken | Available |
|---|---|---|---|
| HOLIDAY | 0.00 | 8.00 | 0.00 |
| EIB | 0.00 | 0.00 | 280.00 |
| PTO FULL TIME | 8.61 | 0.00 | 285.82 |

| Direct Deposit | Account No | Type | Amount |
|---|---|---|---|
| COMPASS BANK | 2514862020 | C | 2,247.79 |
| SECURITY 1ST | 183220 | S | 100.00 |

| Rate Code | Amount | Type | % | Salary |
|---|---|---|---|---|
| BASE | 50.090 | Regular | | 104,187.20 |

Knapp Medical Center
1401 E 8TH Street
Weslaco, Texas 78596

| Employee Data | | | Pay Period Data | | |
|---|---|---|---|---|---|
| Employee ID: | | | Check Number: | | Pay Date: 09/27/2011 |
| Employee Name: | MONTALVO, GLORIA A | | Check Amount: | 0.00 | Net Pay: $2,347.78 |
| Period End Date: | 09/21/2011 | | Voucher Number: | 313904 | |
| Y-T-D Wages: | $97,452.15 | Y-T-D Hours: 1,600.00 | Voucher Amt: | 2,347.78 | |

| Pay Type | Shift | Position | Rate | Week 1 | Week 2 | Earnings |
|---|---|---|---|---|---|---|
| REGULAR | Regular - Shift 1 | 5010-3250 | 50.090 | 40.00 | 40.00 | 4,007.20 |
| | | Total | | 40.00 | 40.00 | 4,007.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 403b LOAN REPAYMENT | 290.11 | 5,802.20 |
| ACCIDENTAL INS CAF - ACC | 0.00 | 0.00 |
| AIG VOL CRITICAL ILL | 0.00 | 0.00 |
| BOSTON MUTUAL SUPP WHOLE LIF - BOS | 0.00 | 0.00 |
| GRP HLTH EMP+FAM CAF GR7 | 165.00 | 2,970.00 |
| METLIFE DH EE+ FAMILY DE4 | 31.42 | 565.56 |
| SUPERIOR VISION EE+FAM CAF - EY2 | 8.52 | 153.36 |
| TAX SHELTER 401A EMPLOYER - TS1E (E) | 200.36 | 4,872.61 |
| TAX SHELTER 403B - TS1 | 240.43 | 5,593.87 |
| UNUM CRITICAL ILL INS - CII | 18.80 | 338.40 |
| UNUM SHORT TERM DIS - STD | 0.00 | 0.00 |

| Taxes | Withheld | YTD |
|---|---|---|
| Federal Tax | 689.35 | 18,040.63 |
| Imputed Income | 16.98 | 356.58 |
| Medicare | 55.38 | 1,364.74 |
| OASDI | 160.41 | 3,953.03 |
| SUI (E) | 0.00 | 59.40 |

| Benefits | Accrued | Taken | Available |
|---|---|---|---|
| HOLIDAY | 0.00 | 0.00 | 0.00 |
| EIB | 0.00 | 0.00 | 280.00 |
| PTO FULL TIME | 8.61 | 0.00 | 294.43 |

| Direct Deposit | Account No | Type | Amount |
|---|---|---|---|
| COMPASS BANK | 2514862020 | C | 2,247.78 |
| SECURITY 1ST | 183220 | S | 100.00 |

| Rate Code | Amount | Type | % | Salary |
|---|---|---|---|---|
| BASE | 50.090 | Regular | | 104,187.20 |

Knapp Medical Center
1401 E 8TH Street
Weslaco, Texas 78596

| Employee Data | | | Pay Period Data | | |
|---|---|---|---|---|---|
| Employee ID: | | | Check Number: | | Pay Date: 10/11/2011 |
| Employee Name: | MONTALVO, GLORIA A | | Check Amount: 0.00 | | Net Pay: $2,347.78 |
| Period End Date: | 10/05/2011 | | Voucher Number: 314781 | | |
| Y-T-D Wages: | $101,459.35 | Y-T-D Hours: 1,680.00 | Voucher Amt: 2,347.78 | | |

| Pay Type | Shift | Position | Rate | Week 1 | Week 2 | Earnings |
|---|---|---|---|---|---|---|
| REGULAR | Regular - Shift 1 | 5010-3250 | 50.090 | 32.00 | 32.00 | 3,205.76 |
| WORKSHOP | Regular - Shift 1 | 5010-3250 | 50.090 | 8.00 | | 400.72 |
| PTO FULL TIME | Regular - Shift 1 | 5010-3250 | 50.090 | | 8.00 | 400.72 |
| | | | Total | 40.00 | 40.00 | 4,007.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 403b LOAN REPAYMENT | 290.11 | 6,092.31 |
| ACCIDENTAL INS CAF - ACC | 0.00 | 0.00 |
| AIG VOL CRITICAL ILL | 0.00 | 0.00 |
| BOSTON MUTUAL SUPP WHOLE LIF - BOS | 0.00 | 0.00 |
| GRP HLTH EMP+FAM CAF GR7 | 165.00 | 3,135.00 |
| METLIFE DH EE+ FAMILY DE4 | 31.42 | 596.98 |
| SUPERIOR VISION EE+FAM CAF - EY2 | 8.52 | 161.88 |
| TAX SHELTER 401A EMPLOYER - TS1E (E) | 200.36 | 5,072.97 |
| TAX SHELTER 403B - TS1 | 240.43 | 5,834.30 |
| UNUM CRITICAL ILL INS - CII | 18.80 | 357.20 |
| UNUM SHORT TERM DIS - STD | 0.00 | 0.00 |

| Taxes | Withheld | YTD |
|---|---|---|
| Federal Tax | 689.35 | 18,729.98 |
| Imputed Income | 16.98 | 373.56 |
| Medicare | 55.38 | 1,420.12 |
| OASDI | 160.41 | 4,113.44 |
| SUI (E) | 0.00 | 59.40 |

| Benefits | Accrued | Taken | Available |
|---|---|---|---|
| HOLIDAY | 0.00 | 0.00 | 0.00 |
| EIB | 0.00 | 0.00 | 280.00 |
| PTO FULL TIME | 8.61 | 8.00 | 295.04 |

| Direct Deposit | Account No | Type | Amount |
|---|---|---|---|
| COMPASS BANK | 2514862020 | C | 2,247.78 |
| SECURITY 1ST | 183220 | S | 100.00 |

| Rate Code | Amount | Type | % | Salary |
|---|---|---|---|---|
| BASE | 50.090 | Regular | | 104,187.20 |

**Knapp Medical Center**
1401 E 8TH Street
Weslaco, Texas 78596

| Employee Data | | | Pay Period Data | | |
|---|---|---|---|---|---|
| Employee ID: | | | Check Number: | | Pay Date: 10/25/2011 |
| Employee Name: | MONTALVO, GLORIA A | | Check Amount: | 0.00 | Net Pay: $2,347.78 |
| Period End Date: | 10/19/2011 | | Voucher Number: | 315660 | |
| Y-T-D Wages: | $105,466.55 | Y-T-D Hours: 1,760.00 | Voucher Amt: | 2,347.78 | |

| Pay Type | Shift | Position | Rate | Week 1 | Week 2 | Earnings |
|---|---|---|---|---|---|---|
| REGULAR | Regular - Shift 1 | 5010-3250 | 50.090 | 40.00 | 40.00 | 4,007.20 |
| | | | Total | 40.00 | 40.00 | 4,007.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 403b LOAN REPAYMENT | 290.11 | 6,382.42 |
| ACCIDENTAL INS CAF - ACC | 0.00 | 0.00 |
| AIG VOL CRITICAL ILL | 0.00 | 0.00 |
| BOSTON MUTUAL SUPP WHOLE LIF - BOS | 0.00 | 0.00 |
| GRP HLTH EMP+FAM CAF GR7 | 165.00 | 3,300.00 |
| METLIFE DH EE+ FAMILY DE4 | 31.42 | 628.40 |
| SUPERIOR VISION EE+FAM CAF - EY2 | 8.52 | 170.40 |
| TAX SHELTER 401A EMPLOYER - TS1E (E) | 200.36 | 5,273.33 |
| TAX SHELTER 403B - TS1 | 240.43 | 6,074.73 |
| UNUM CRITICAL ILL INS - CII | 18.80 | 376.00 |
| UNUM SHORT TERM DIS - STD | 0.00 | 0.00 |

| Taxes | Withheld | YTD |
|---|---|---|
| Federal Tax | 689.35 | 19,419.33 |
| Imputed Income | 16.98 | 390.54 |
| Medicare | 55.38 | 1,475.50 |
| OASDI | 160.41 | 4,273.85 |
| SUI (E) | 0.00 | 59.40 |

| Benefits | Accrued | Taken | Available |
|---|---|---|---|
| HOLIDAY | 0.00 | 0.00 | 0.00 |
| EIB | 0.00 | 0.00 | 280.00 |
| PTO FULL TIME | 8.61 | 0.00 | 303.65 |

| Direct Deposit | Account No | Type | Amount |
|---|---|---|---|
| COMPASS BANK | 2514862020 | C | 2,247.78 |
| SECURITY 1ST | 183220 | S | 100.00 |

| Rate Code | Amount | Type | % | Salary |
|---|---|---|---|---|
| BASE | 50.090 | Regular | | 104,187.20 |

**Knapp Medical Center**
1401 E 8TH Street
Weslaco, Texas 78596

| Employee Data | | Pay Period Data | |
|---|---|---|---|
| Employee ID: ▇▇▇ | | Check Number: | Pay Date: 11/08/2011 |
| Employee Name: MONTALVO, GLORIA A | | Check Amount: 0.00 | Net Pay: $2,347.79 |
| Period End Date: 11/02/2011 | | Voucher Number: 316543 | |
| Y-T-D Wages: $109,473.75 | Y-T-D Hours: 1,840.00 | Voucher Amt: 2,347.79 | |

| Pay Type | Shift | Position | Rate | Week 1 | Week 2 | Earnings |
|---|---|---|---|---|---|---|
| PTO FULL TIME | Regular - Shift 1 | 5010-3250 | 50.090 | 24.00 | 16.00 | 2,003.60 |
| REGULAR | Regular - Shift 1 | 5010-3250 | 50.090 | 16.00 | 24.00 | 2,003.60 |
| | | | Total | 40.00 | 40.00 | 4,007.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 403b LOAN REPAYMENT | 290.11 | 6,672.53 |
| ACCIDENTAL INS CAF - ACC | 0.00 | 0.00 |
| AIG VOL CRITICAL ILL | 0.00 | 0.00 |
| BOSTON MUTUAL SUPP WHOLE LIF - BOS | 0.00 | 0.00 |
| GRP HLTH EMP+FAM CAF GR7 | 165.00 | 3,465.00 |
| METLIFE DH EE+ FAMILY DE4 | 31.42 | 659.82 |
| SUPERIOR VISION EE+FAM CAF - EY2 | 8.52 | 178.92 |
| TAX SHELTER 401A EMPLOYER - TS1E (E) | 200.36 | 5,473.69 |
| TAX SHELTER 403B - TS1 | 240.43 | 6,315.16 |
| UNUM CRITICAL ILL INS - CII | 18.80 | 394.80 |
| UNUM SHORT TERM DIS - STD | 0.00 | 0.00 |

| Taxes | Withheld | YTD |
|---|---|---|
| Federal Tax | 689.35 | 20,108.68 |
| Imputed Income | 16.98 | 407.52 |
| Medicare | 55.37 | 1,530.87 |
| OASDI | 160.41 | 4,434.26 |
| SUI (E) | 0.00 | 59.40 |

| Benefits | Accrued | Taken | Available |
|---|---|---|---|
| PTO FULL TIME | 8.61 | 40.00 | 272.26 |
| EIB | 0.00 | 0.00 | 280.00 |
| HOLIDAY | 0.00 | 0.00 | 0.00 |

| Direct Deposit | Account No | Type | Amount |
|---|---|---|---|
| COMPASS BANK | 2514862020 | C | 2,247.79 |
| SECURITY 1ST | 183220 | S | 100.00 |

| Rate Code | Amount | Type | % | Salary |
|---|---|---|---|---|
| BASE | 50.090 | Regular | | 104,187.20 |

Knapp Medical Center
1401 E 8TH Street
Weslaco, Texas 78596

| Employee Data | | | Pay Period Data | | |
|---|---|---|---|---|---|
| Employee ID: | | | Check Number: | | Pay Date: 11/22/2011 |
| Employee Name: | MONTALVO, GLORIA A | | Check Amount: | 0.00 | Net Pay: $2,456.85 |
| Period End Date: | 11/16/2011 | | Voucher Number: | 317435 | |
| Y-T-D Wages: | $113,480.95 | Y-T-D Hours: 1,920.00 | Voucher Amt: | 2,456.85 | |

| Pay Type | Shift | Position | Rate | Week 1 | Week 2 | Earnings |
|---|---|---|---|---|---|---|
| PTO FULL TIME | Regular - Shift 1 | 5010-3250 | 50.090 | | 8.00 | 400.72 |
| REGULAR | Regular - Shift 1 | 5010-3250 | 50.090 | 40.00 | 32.00 | 3,606.48 |
| | | | Total | 40.00 | 40.00 | 4,007.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 403b LOAN REPAYMENT | 290.11 | 6,962.64 |
| ACCIDENTAL INS CAF - ACC | 0.00 | 0.00 |
| AIG VOL CRITICAL ILL | 0.00 | 0.00 |
| BOSTON MUTUAL SUPP WHOLE LIF - BOS | 0.00 | 0.00 |
| GRP HLTH EMP+FAM CAF GR7 | 165.00 | 3,630.00 |
| METLIFE DH EE+ FAMILY DE4 | 31.42 | 691.24 |
| SUPERIOR VISION EE+FAM CAF - EY2 | 8.52 | 187.44 |
| TAX SHELTER 401A EMPLOYER - TS1E (E) | 200.36 | 5,674.05 |
| TAX SHELTER 403B - TS1 | 240.43 | 6,555.59 |
| UNUM CRITICAL ILL INS - CII | 18.80 | 413.60 |
| UNUM SHORT TERM DIS - STD | 0.00 | 0.00 |

| Taxes | Withheld | YTD |
|---|---|---|
| Federal Tax | 689.35 | 20,798.03 |
| Imputed Income | 16.98 | 424.50 |
| Medicare | 55.38 | 1,586.25 |
| OASDI | 51.34 | 4,485.60 |
| SUI (E) | 0.00 | 59.40 |

| Benefits | Accrued | Taken | Available |
|---|---|---|---|
| PTO FULL TIME | 8.61 | 8.00 | 272.87 |
| EIB | 0.00 | 0.00 | 280.00 |
| HOLIDAY | 8.00 | 0.00 | 8.00 |

| Direct Deposit | Account No | Type | Amount |
|---|---|---|---|
| COMPASS BANK | 2514862020 | C | 2,356.85 |
| SECURITY 1ST | 183220 | S | 100.00 |

| Rate Code | Amount | Type | % | Salary |
|---|---|---|---|---|
| BASE | 50.090 | Regular | | 104,187.20 |