# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



In Re: Cesario Montalvo
      Gloria Ann Montalvo
**Debtor(s)**

Case No.: 11−70757

Chapter:  13

**ENTERED**
**05/21/2012**

---

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Cindy Boudloche is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/21/12

RICHARD S. SCHMIDT
United States Bankruptcy Judge